JAMES LYONS *v.* AZARIAH ROOD.

ADDISON,
*January,*
1839.

*(Practice.)*

In this case, the parties had agreed upon a bill of exceptions, and, afterwards, one of them finding the case not fully stated, applied to the judge, who presided at the trial, and he corrected the bill of exceptions from his minutes, after his term of office had expired.

*Held*—That if the parties agree upon a case which is incorrectly stated, the judge is still at liberty to correct it; and his not being in office at the time is of no importance, as his certificate is good *nunc pro tunc.*